# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LEUTRIM TOPALLI,

    Plaintiff,

v.                                     Case No.: _____

AMERICAN CORADIUS INTERNATIONAL, LLC,

    Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, American Coradius International, LLC (ACI), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this civil case is proper because:

    1.    ACI is a named defendant in this civil action filed by plaintiff, Leutrim Topalli, ("plaintiff"), in the County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, titled *Leutrim Topalli v. American Coradius International, LLC,* Case No.: 21-007252-SC (hereinafter the "State Court Action").

    2.    ACI removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), ACI has timely filed this Notice of Removal. ACI was served with plaintiff's Complaint on August 3, 2021. This Notice of Removal is filed within 30 days of receipt of the Complaint by ACI.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Sixth Judicial Circuit, in and for Pinellas County, Florida.

WHEREFORE, defendant, American Coradius International, LLC, hereby removes to this Court the State Court Action.

Dated: September 2, 2021

Respectfully Submitted,

/s/ Michael P. Schuette
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2472
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*American Coradius International, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including the described below.

Benjamin W. Raslavich, Esq.<br>
Kuhn Raslavich, P.A.<br>
2110 W. Platt St.<br>
Tampa, FL 33606<br>
ben@thekrfirm.com

                                              */s/ Michael P. Schuette*
                                              Attorney